# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA BERTON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:15-cv-0048-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On July 8, 2015, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to prosecute. (Doc. 5).  Plaintiff filed a response on July 9, 2015. (Doc. 7).

Based upon Plaintiff's representations, the Court will discharge the order to show cause. The briefing schedule in this action shall be determined as set forth in the Scheduling Order issued on January 9, 2015.  (Doc. 3).

Accordingly, Plaintiff is HEREBY ORDERED that the Court's July 8, 2015 order to show cause is DISCHARGED.

IT IS SO ORDERED.

   Dated:   **July 21, 2015**                       /s/ *Barbara A. McAuliffe*             
                                                UNITED STATES MAGISTRATE JUDGE

1