| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| | Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | LYNN M. HARADA, CSBN 267616 |
| 4 | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
| |     San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8977 |
| |     Facsimile: (415) 744-0134 |
| 7 |     E-Mail: Lynn.Harada@ssa.gov |
| 8 | |
| | Attorneys for Defendant |
| 9 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LYDIA BERTON, | ) | Case No.: 1:15-cv-00048-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR AN |
| | ) | EXTENSION OF TIME |
| vs. | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the certified administrative record be extended 60 days to and including January 8, 2016.  This is Defendant's first request for an extension of time.  Due to processing issues when this case was first received, Defendant needs additional time to produce the certified administrative record which will be utilized by both parties in this case.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  November 6, 2015 　　　　　　　　　 */s/ Lynn M. Harada for Shellie Lott*_
　　　　　　　　　　　　　　　　　　　　　　　(*as authorized via email on 11/6/15)
　　　　　　　　　　　　　　　　　　　　　　　SHELLIE LOTT
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: November 6, 2015 　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　By:　　/s/  Lynn M. Harada
　　　　　　　　　　　　　　　　　　　　　　　LYNN M. HARADA
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant


ORDER:

Based on the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have a sixty-day extension of time to January 8, 2016, to file the certified administrative record.  All other deadlines set forth in the January 9, 2015 Scheduling Order are modified accordingly.
IT IS SO ORDERED.

　　Dated:   **November 9, 2015**　　　　　　　　/s/ Barbara A. McAuliffe_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE