1  SHELLIE LOTT, SBN:  246202
2  Cerney Kreuze & Lott, LLP
   42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

6

7

8                  UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

10

11   LYDIA BERTON,                   No.  1:15-CV-00048-BAM

12              Plaintiff,           **ORDER EXTENDING PLAINTIFF'S TIME**
                                     **TO FILE A CONFIDENTIAL LETTER**
13      v.                           **BRIEF**

14   CAROLYN W. COLVIN,
15   Acting Commissioner of Social Security

16              Defendant.

17

18        Pursuant to the stipulation of the parties filed on January 28, 2016, and good cause

19   appearing, Plaintiff's request for an extension of time to serve her Confidential Letter Brief is

20   HEREBY GRANTED.  Plaintiff shall serve her Confidential Letter Brief on or before March 9,

21   2016.

22

23

24   IT IS SO ORDERED.

25      Dated:  __**January 29, 2016**__          ____/s/ *Barbara A. McAuliffe*____

26                                        UNITED STATES MAGISTRATE JUDGE

27

28
                                   1