1 | BENJAMIN B. WAGNER
United States Attorney
2 | DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
4 | PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
5 |     160 Spear Street, Suite 800
6 |     San Francisco, California 94105
    Telephone: (415) 977-8927
7 |     Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov
8 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LYDIA BERTON, | ) CIVIL NO. 1:15-cv-00048-BAM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

It is hereby ORDERED and STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that this case be REMANDED for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ (1) to develop the record and reassess Ms. Berton's residual functional capacity; (2) if appropriate, obtain vocational expert testimony; and (3) issue a new decision.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: April 13, 2016          BENJAMIN B. WAGNER
                                                   United States Attorney
                                                   DEBORAH STACHEL

                                                   Acting Regional Chief Counsel, Region IX
                                                   Social Security Administration

                                     BY:   */s/ Patrick William Snyder*
                                                  PATRICK WILLIAM SNYDER
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

Dated:  April 13, 2016          BY:   */s/ Shellie Lot*
                                                  SHELLIE LOT
                                                  (as authorized via email on 4/13/2016)
                                                  Attorney at Law
                                                  Attorney for Plaintiff

<u>ORDER</u>

Pursuant to the Stipulation of the parties (Doc. 18), it is hereby ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.

IT IS SO ORDERED.

Dated:  **April 14, 2016**          /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE